■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ABT, Also Known as ROBERT ALONZO, Appellant.— Appeal by the defendant from three judgments of the Supreme Court, Queens County (Glass, J.), all rendered July 25, 1984.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mollen, P. J., Brown, Kunzeman, Weinstein and Kooper, JJ., concur.